372 A.2d 435
Commonwealth ex rel. Palmer, Appellant, v. Palmer.

Argued December 7, 1976.
Della R. Cohen, with her Gregory Paulson, for appellant;
Sol Henry Kitei, for appellee.

Order affirmed.

372 A.2d 435
Commonwealth ex rel. Stein, Appellant, v. Stein.

Argued December
9, 1976.  Jerome M. Dubyn, with him Dubyn & Smith,
for appellant at Nos. 1708 and 2255, and appellee at Nos.
1719 and 2243; Charles C. Shainberg, with him Carolyn
Lee Daffron, for appellant at Nos. 1719 and 2243, and
appellee at Nos. 1708 and 2255.

Orders affirmed.